UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

BRANDON ADAMS,                         )
                                       )
                    Plaintiff,         )
                                       )
         v.                            )    No. 1:21-cv-02505-JPH-TAB
                                       )
MARK MILLER, *et al*,                  )
                                       )
                                       )
Defendants.                            )

## ORDER DENYING MOTION AS MOOT

Defendants, Mark Miller, Greg Sheline, Tyler O. Moore, and the City of

Kokomo, have moved to dismiss Plaintiff's complaint for failure to state a claim.

Dkt. [26].  Plaintiff has now filed an amended complaint.  Dkt. 31.  Defendants'

motion, dkt. [26], is therefore **DENIED without prejudice as moot.**

**SO ORDERED.**

Date: 11/29/2021

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

1

Distribution:

Kenneth Jude Kleppel
KIGHTLINGER & GRAY, LLP
kkleppel@k-glaw.com

Marcia A. Mahony
KIGHTLINGER & GRAY, LLP (Indianapolis)
mmahony@k-glaw.com

Jay Meisenhelder
JAY MEISENHELDER EMPLOYMENT & CIVIL RIGHTS LEGAL SERVICES PC
jaym@ecrls.com

Caren L. Pollack
POLLACK LAW FIRM, P.C.
cpollack@pollacklawpc.com

Liberty L. Roberts
CHURCH CHURCH HITTLE & ANTRIM (Noblesville)
lroberts@cchalaw.com